IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JONATHAN CHARLES GRIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:24-CV-595-WKW |
| ) | [WO] |
| OFFICER TRAILER, JAY JONES, ) | |
| and CAPTAIN WELCH, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Plaintiff Jonathan Charles Griggs, proceeding *pro se*, filed this 42 U.S.C. § 1983 action, alleging violations of his federally protected rights while in the custody of the Alabama Department of Corrections. Contemporaneously with the initiation of his Complaint on September 20, 2024, Plaintiff filed a Motion for Leave to Proceed *In Forma Pauperis* (Doc. # 2) and submitted information about the funds in his inmate account (Doc. # 3). In an Order entered on October 2, 2024, the Magistrate Judge granted Plaintiff leave to proceed *in forma pauperis* and, in accordance with federal statutory requirements, directed the payment of an initial filing fee and monthly payments as specified therein. (Doc. # 4.) The Order also cautioned Plaintiff that his failure to comply with the Order would result in a recommendation for dismissal of this action. (*Id.* at 3.)

When Plaintiff did not pay the initial filing fee or request an extension by the court-ordered deadline, the Magistrate Judge entered a Recommendation on November 19, 2024, for him to show cause by December 6, 2024, why this action should not be dismissed without prejudice. Plaintiff did not respond to this Order. Therefore, on December 23, 2024, the Magistrate Judge filed a Recommendation for dismissal of this action without prejudice, interpreting Plaintiff's inaction as exhibiting a lack of interest in prosecuting this action. (Doc. # 6 at 2.) Additionally, the Magistrate Judge found that lesser sanctions than dismissal would not be appropriate due to Plaintiff's willful non-compliance with the court's Orders. Plaintiff had until January 7, 2025, to file objections (*id.*); however, to date, no objections have been filed.

Based upon the foregoing and an independent review of the record, it is ORDERED as follows:

(1)   The Recommendation (Doc. # 6) is ADOPTED; and

(2)   Plaintiff's action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 27th day of March, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE